THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO PAINO, Appellant.*— Judgment of conviction of the County Court of Queens county reversed upon the law, indictment dismissed and defendant's bail exonerated, upon authority of *People* v. *Berg* (*ante*, p. 433) and *People* v. *Levin* (Id.), decided herewith. The appeal from the order denying defendant's motion to dismiss the indictment is dismissed as unnecessary. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS BAUMAN, Respondent, v. WARDEN OF CITY PRISON (Raymond Street Jail), Brooklyn, N. Y., Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— On argument, order sustaining writ of habeas corpus reversed upon the law and the facts, writ dismissed and relator remanded to the custody of the parole commission of the city of New York. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

STEPHEN PELHAM THAYER, Respondent, v. COULTER D. YOUNG, Appellant.— Order modified by striking from item 1 the requirement to furnish the names of the members of the executive committee, and which members, with the defendant, investigated the report alleged in paragraphs 4 and 5, and as so modified affirmed, without costs. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

MARGARET LAUT and CHARLES LAUT, Respondents, v. MAX RATNER, ALFRED L. ROSENBERG and PAUL J. TOBIAS, Doing Business under the Trade Name of JAY'S DEPARTMENT STORE, Appellants.— Application withdrawn upon stipulation.